Prepared by State Reporter from Appeal Papers

In the Matter of the Claim of MARY M. JENNY against THE ORDER OF MINOR CONVENTUALS AT UTICA et al., Respondents.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — painter employed to make repairs and do painting on property — except direction as to time within which certain work was to be done method and order of doing work left to him — holding that he was independent contractor proper.*

*Matter of Jenny v. Order of Minor Conventuals,* 222 App. Div. 843, affirmed.

(Argued February 13, 1928; decided February 24, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 6, 1928, reversing an award of the State Industrial Board made under the Workmen's Compensation Law and dismissing the claim. Claimant's husband, a painter, had been employed by the head of defendant order to make repairs and do painting on its property. He was killed while doing the work. He had been advised as to the principal work to be done and other repairs left to his judgment. Except a direction that certain repairs should be made prior to the time for opening school in September the method and order of doing the work was left to him. The Appellate Division held that he was an independent contractor.

*Albert Ottinger, Attorney-General (E. C. Aiken of counsel), for appellant.*

*Stephen H. Keating for respondents.*

Order affirmed, with costs against State Industrial Board; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.